# UNITED STATES DISTRICT COURT
for the

District of Columbia

Division

Case: 1:24−cv−03403
Assigned To : Unassigned
Assign. Date : 12/5/2024
Description: FOIA/Privacy Act (I-DECK)

John Doe

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Department of Navy

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☒ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | John Doe |
   | Street Address | 8808 Justice Ave, Apt 9J |
   | City and County | Elmhurst, Queens County |
   | State and Zip Code | NY 11373 |
   | Telephone Number | |
   | E-mail Address | johndoenavy2023@proton.me |

   **RECEIVED**
   DEC 5 2024
   Clerk, U.S. District & Bankruptcy
   Court for the District of Columbia

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | S. D. SCHROCK |
| Job or Title *(if known)* | Director, General Litigation Division of JAG |
| Street Address | 1322 PATTERSON AVENUE SE SUITE 3000 |
| City and County | WASHINGTON NAVY YARD DC |
| State and Zip Code | 20374 |
| Telephone Number | (202) 685-5450 |
| E-mail Address *(if known)* | nathaniel.a.bosiak.mil@us.navy.mil |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

5 USC 552 Freedom of Information Act and First Amendment of the U.S. Constitution

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Please allow me to proceed as John Doe only because I have fears for my personal safety if any of the documents are not sealed, even though they might later on be released, should I ever write a memoir to document my American journey. In 2022, I reached out to the U.S. Navy FOIA to understand why my earlier naval officer commission application for Public Affairs Officer and Supply Corps Officer were denied and why a medical waiver was granted after all. They granted the NAVCRUIT 1131/238 by the officer recruiting command, but not the relevant decision analysis by the so-called Board, and other candid assessment report by the interviewers, which was cited in the aforementioned 1131/238, by citing foreseeable harm. I think this may violate the legal basis on "adoption and final incorporation." When it came to the medical waiver, they also cited an adequate search was performed, but couldn't find anything, despite I was able to have the waiver from an earlier different FOIA case, but just not why it is justified. The medical doctors over the years have made my medical condition sounded like the disqualifying bone spurs that the 47th POTUS had, but turns out it's so waiveable. As a former candidate now aged out of the recruiting process, I also found it chilling when their medical employee fear career reprisal from their boss in talking to me, a freelance journalist, who had wanted to tell the best story the U.S. Navy can offer. I have been advised by Directo Schrock to seek judicial review.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

If Mr. Pete Hegseth is going to be confirmed by the Senate as the next Secretary of Defense while having bad mouthed women in the military up to Ms. Lisa Franchetti, 33rd Chief of Naval Operations, in his latest 2024 book, while stating the U.S. Army found him to be extreme and an "insider threat," I have to sue the Navy under FOIA and exercise my freedom of the press constitutional rights too to obtain these documents to complete my own memoir of my American journey at an opportune time. Maybe when I further age out, no longer causing harm in their minds. I don't mind Your Honor seeing eyes to eyes with them to protect national security, but they shouldn't destroy the documents when they cited Exemption (b)(5), but should release them 25 years after the date on which the records were requested, if not in 2025. My autobiography should be based on facts not my own second guessing of the great U.S. Navy. I would like the court's permission to compel discovery, incl. interrogatory and production of documents. They should be sealed from the public.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case−related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:           11/26/2024

Signature of Plaintiff      /s/ John Doe
Printed Name of Plaintiff   John Doe

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | |
|---|---|
| Name of Law Firm | |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |