UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE,

       *Plaintiff*,

v.

DEPARTMENT OF THE NAVY,

       *Defendant*.

Civil Action No. 24-3403 (LLA)

### ORDER

Plaintiff filed this civil action on November 25, 2024. ECF No. 1. Plaintiff is not proceeding *in forma pauperis* and is therefore responsible for timely service of a summons and a copy of the complaint on Defendant. Fed. R. Civ. P. 4(c). Plaintiff must submit summonses to the Deputy Clerk of Court for signature before he can serve them on Defendant. *See* U.S. District Court for the District of Columbia, *Pro Se Non-Prisoner Handbook*.[1] To serve a United States agency, such as the Department of the Navy, Plaintiff "must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency[.]" Fed. R. Civ. P. 4(i)(2). To serve the United States, Plaintiff must serve a copy of the summons and of the complaint on both the U.S. Attorney for the district where the action is brought and the U.S. Attorney General. *Id.* R. 4(i)(1). And, unless service is waived, Plaintiff must file proof of service with the court. *Id.* R. 4(*l*).

Failure to effect service may result in the dismissal of the case. Specifically:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the

---

[1] *Available at* https://perma.cc/BPN7-345M.

> plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

*Id.* R. 4(m). As of the date of this order, no summons have issued in this case. Accordingly, it is hereby

**ORDERED** that on or before March 10, 2025,[2] Plaintiff shall cause process to be served upon Defendant and proof of service to be filed with the court or establish good cause for the failure to do so. Failure to make such filings will result in dismissal of this case.

**SO ORDERED.**

LOREN L. ALIKHAN
United States District Judge

Date: February 10, 2025

---

[2] Plaintiff's deadline for service under Federal Rule of Civil Procedure 4(*l*) is February 24, 2025, but the court will *sua sponte* provide him an additional two weeks.