## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN DOE,

      *Plaintiff*,

    v.

DEPARTMENT OF THE NAVY,

      *Defendant*.

Civil Action No. 24 - 3403 (LLA)

## ORDER

This matter is before the court on Defendant's Motion to Dismiss.  ECF No. 37.  Plaintiff John Doe, who is proceeding pro se, is advised of the following:

Before the court rules on Defendant's motion to dismiss, Plaintiff is entitled to file a memorandum and supporting material in response.  Under this court's local rules, a party opposing a motion must serve and file a memorandum of points and authorities in opposition within fourteen days of the date of service of the motion or "at such other time as the Court may direct."  Local Civ. R. 7(b).  Here, the court directs that Plaintiff's response must be filed on or before **May 12, 2026**.  If Plaintiff fails to respond to Defendant's motion in the time provided, the court may (1) treat the motion as conceded, *id.*; (2) rule on Defendant's motion based on Defendant's arguments alone and without considering Plaintiff's arguments; or (3) dismiss Plaintiff's claims for failure to prosecute, *see Bristol Petroleum Corp. v. Harris*, 901 F.2d 165, 167 (D.C. Cir. 1990).  Further, if Plaintiff opposes the motion but addresses only some of Defendant's arguments, the court may treat the arguments that Plaintiff failed to address as conceded.  *See, e.g.*, *Xenophon Strategies, Inc. v. Jernigan Copeland & Anderson, PLLC*, 268 F. Supp. 3d 61, 72 (D.D.C. 2017);

*Hopkins v. Women's Div., Gen. Bd. of Glob. Ministries*, 284 F. Supp. 2d 15, 25 (D.D.C. 2003) ("It is well understood in this Circuit that when a plaintiff files an opposition to a dispositive motion and addresses only certain arguments raised by the defendant, a court may treat those arguments that the plaintiff failed to address as conceded."), *aff'd*, 98 F. App'x 8 (D.C. Cir. 2004).

Because Plaintiff filed an opposition to Defendant's motion to dismiss before the court issued this order advising him of the Local Rules, ECF No. 38, the court will provide him additional time to amend or refile the opposition. Plaintiff is free to modify or supplement any arguments in the original opposition.

Accordingly, it is hereby **ORDERED** that Plaintiff shall file a brief in opposition to Defendant's Motion to Dismiss on or before **May 12, 2026**. If Plaintiff does not file a response within the time provided, the court may treat the motion as conceded, dismiss Plaintiff's claims for failure to prosecute, or rule on the motion to dismiss based on Defendant's arguments alone and without considering any arguments that Plaintiff may later wish to raise.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:   April 14, 2026

2